**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-1821

Caption [use short title]

Kerry Wachter, et al.

v.

Letitia James, in her official capacity as Attorney General for the State of New York, et al.

**Motion for:** Eighteen-Day Extension of Time to File Opening Brief (Unopposed)

Set forth below precise, complete statement of relief sought:

Appellants respectfully request an eighteen-day extension of time in which to file the opening brief, to and including September 18, 2026.

**MOVING PARTY:** Kerry Wachter, et al.

**OPPOSING PARTY:** Letitia James, et al.

■ Plaintiff ☐ Defendant

■ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** James V. F. Dickey

**OPPOSING ATTORNEY:** Ester Murdukhayeva

[name of attorney, with firm, address, phone number and e-mail]

| | |
|---|---|
| Southeastern Legal Foundation | New York State Office of the Attorney General |
| 560 W. Crossville Road, Suite 104, Roswell, GA 30075 | 28 Liberty Street, New York, NY 10005 |
| (770) 977-2131; jdickey@southeasternlegal.org | (212) 416-6279; Ester.Murdukhayeva@ag.ny.gov |

Court- Judge/ Agency appealed from: N.D.N.Y. Hon. Anne M. Nardacci

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes ☐ No (explain):

Opposing counsel's position on motion:
■ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ■ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ■ No If yes, enter date:

**Signature of Moving Attorney:**

/s/ James V. F. Dickey **Date:** 7/29/2026 Service : ■ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

KERRY WACHTER, et al.,

*Appellants*,

v.

LETITIA JAMES, in her official capacity as Attorney General for the State of New York, et al.,

*Appellees*.

Case No. 26-1821

**DECLARATION OF JAMES V. F. DICKEY IN SUPPORT OF APPELLANTS' MOTION FOR EIGHTEEN-DAY EXTENSION OF TIME TO FILE OPENING BRIEF**

I, JAMES V. F. DICKEY, hereby declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the following is true and correct:

1. I am an attorney with Southeastern Legal Foundation, which represents Appellants in the above-captioned appeal. I make this Declaration on personal knowledge and in support of Appellants' motion, pursuant to Local Rules 27.1(f) and 31.2(c), for an eighteen-day (18-day) extension of time (to and including September 18, 2026) in which to file Appellants' opening brief.

2. This appeal arises from an order entered by the U.S. District Court for the Northern District of New York (Narducci, J.) granting Defendants' cross-motion to dismiss and denying Plaintiffs' motion for a preliminary injunction.

3. On July 27, 2026, the Court entered the notice placing this action on the Expedited Appeals Calendar, and setting the deadline for Appellants' brief as August 31, 2026. Dkt. No. 17.1.

4. I have conferred with counsel for Appellees, Ester Murdukhayeva, who has informed me that Appellees do not oppose this motion.

5. Under Local Rule 27.1(f), a party may move to extend the time to file a brief for an "extraordinary circumstance." Local Rule 27.1(f)(1).

6. I respectfully submit that the circumstances warrant the requested extension of time in which to file the opening brief in this action. *See* Local Rule 27.1(f)(1), 31.2(c). The undersigned's wife is due to give birth on August 10, 2026, so the undersigned is expecting to be on paternity leave for fourteen days at some point between now and August 31, 2026, the current deadline for Appellants' opening brief.

7. In addition to the undersigned, the primary counsel responsible for preparing Appellants' brief is Jordan R. Miller, another attorney with Southeastern Legal Foundation. Mr. Miller's Motion for Admission to the Second Circuit is forthcoming.

8. Mr. Miller and I have prescheduled commitments in several other matters that overlap with the briefing schedule in this matter, including dispositive motion briefing.

9. Appellants have made no prior motion to extend the time to file this brief. *See* Local Rule 27.1(f)(2).

10. This motion is being made as soon as practicable and after the circumstance arose. *See* Local Rule 27.1(f)(3). It was not until the Court placed this appeal on the

Expedited Appeals Calendar on July 27, 2026, that it became clear that the time to file Appellants' opening brief would overlap significantly with my planned paternity leave.

11. This appeal has not yet been set for oral argument.

WHEREFORE, for the foregoing reasons, Plaintiffs-Appellants respectfully request that the Court extend the briefing deadline by eighteen (18) days, so that Appellants' opening brief would be due on or before September 18, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of July, 2026, in Anoka County, Minnesota.

**s/ *James V. F. Dickey***

James V. F. Dickey
N.D.N.Y Bar No. 706872
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA 30075
Tel.: (770) 977-2131
jdickey@southeasternlegal.org

*Attorney for Plaintiffs-Appellants*

Word count: 454