# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand twenty-six.

Before: William J. Nardini,
*Circuit Judge.*

---

Kerry Wachter, Danielle Ciampino,

Plaintiffs - Appellants,

v.

Letitia James, in her official capacity as Attorney General for the State of New York, et al.,

Defendants - Appellees.

---

**ORDER**

Docket No. 26-1821

Appellants move for an 18-day extension of time to file the opening brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellants' brief and appendix must be filed by September 18, 2026. Appellees' brief is due 35 days after Appellants' brief is filed.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

